# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| KASPAROV, PTE LTD., | Case No. 5:22-cv-00503-D-RN |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND** |
| JOSEPH ZACHERL, | |
| Defendant. | |

THIS CAUSE coming before the undersigned on Motion of Defendant Joseph Zacherl for an Order extending time within which Defendant may serve its response to Plaintiff's Complaint, and it appearing to the Court that the time allowed has not expired and that the Motion should be allowed.

IT IS, THEREFORE, ORDERED that the time for Defendant Joseph Zacherl to serve his answer or other response to Plaintiff's Complaint is extended up to and including January 20, 2023.

SO ORDERED. The ___5___ day of January, 2023.

                                                                 JAMES C. DEVER III
                                                                 United States District Judge