# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| KASPAROV, PTE LTD., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH ZACHERL, <br><br> Defendant. | Case No. 5:22-cv-00503-D-RN <br><br> **ORDER GRANTING MOTION FOR ENLARGEMNET OF PAGE LIMITS** |

THIS CAUSE coming before the undersigned on Motion of Defendant Joseph Zacherl for an Order enlarging the page limits for Zacherl's anticipated Memorandum in Support of Motion to Dismiss and Kasparov, Pte Ltd.'s anticipated Memorandum in Response to Motion to Dismiss both to thirty-five (35) pages, and it appearing to the Court that the Motion is timely and that the Motion should be allowed.

IT IS, THEREFORE, ORDERED that the page limits for Zacherl's anticipated Memorandum in Support of Motion to Dismiss and Kasparov, Pte Ltd.'s anticipated Memorandum in Response to Motion to Dismiss are both enlarged to thirty-five (35) pages.

SO ORDERED. This the __1__ day of March, 2023.

JAMES C. DEVER III
United States District Judge