# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| KASPAROV, PTE LTD., | Case No. 5:22-cv-00503-D-RN |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR ENLARGEMENT OF PAGE LIMITS** |
| JOSEPH ZACHERL, | |
| Defendant. | |

THIS CAUSE coming before the undersigned on Motion of Defendant Joseph Zacherl for an Order enlarging the page limits for Zacherl's anticipated Reply in Support of Motion to Dismiss to fifteen (15) pages, and it appearing to the Court that the Motion is timely and that the Motion should be allowed.

IT IS, THEREFORE, ORDERED that the page limit for Zacherl's anticipated Reply in Support of Motion to Dismiss is enlarged to fifteen (15) pages.

SO ORDERED. This 17 day of April, 2023.

JAMES C. DEVER III
United States District Judge