IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KASPAROV, PTE LTD., | Case No. 5:22-cv-00503-D-RN |
| Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO MOTION TO DISMISS COUNTERCLAM** |
| v. | |
| JOSEPH ZACHERL, | |
| Defendant. | |

THIS CAUSE coming before the undersigned on Unopposed Motion of Defendant Joseph Zacherl for an Order extending time within which Defendant may file its response to Motion to Dismiss Counterclaim, and it appearing to the Court that the time allowed to respond to Plaintiff's Motion to Dismiss Counterclaim has not expired and that the Motion should be allowed.

IT IS, THEREFORE, ORDERED that the time for Defendant Joseph Zacherl to file and serve his response to Plaintiff's Motion to Dismiss Counterclaim Amended Complaint is extended up to and including November 2, 2023.

SO ORDERED. This the 25 day of September, 2023.

JAMES C. DEVER III
United States District Judge